# O'BRIEN, BELLAND & BUSHINSKY, LLC

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ, NY & PA)
THOMAS F. KARPOUSIS (NJ)
KEVIN D. JARVIS (NJ & NY)
TIMOTHY P. HAGGERTY (NJ)
DAVID F. WATKINS, JR. (NJ & PA)
MATTHEW L. RAZZANO (NJ & PA)
W. DANIEL FEEHAN (NJ & PA)
MATTHEW B. MADSEN (NJ & NY)
DAVID H. LIPOW (NJ & PA)
PETER J. MOAK (PA & NJ)
RICHARD PLUMPTON (NJ)
DANIEL A. HOROWITZ* (NJ & PA)
*MASTERS OF LAW IN TAXATION

ATTORNEYS AT LAW

509 S. LENOLA ROAD
BUILDING 6
MOORESTOWN, NEW JERSEY 08057

(856) 795-2181
(888) 609-8300
FAX (856) 581-4214
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL
CARL J. MINSTER III (PA, NJ)
DAVID J. J. FACCIOLO (DE, PA)
DAVID R. THIERMAN* (NJ, PA & FL)
*MASTERS OF LAW IN TAXATION

---

JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

EMAIL: DFEEHAN@OBBBLAW.COM

File No: 101713.398

June 29, 2021

Honorable Kevin McNulty, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**\*\*\* ORDER \*\*\***

RE: **Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund, et. al. v. GMJC Construction Corp.**
**Case No: 2:20-cv-07083-KM-ESK**

Dear Judge McNulty:

Please recall, the undersigned is counsel to Plaintiffs, Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund, *et. al.* ("Funds"), in this matter. I am pleased to advise the Court the parties have reached a resolution of this matter. Therefore, Plaintiff Funds wish to withdraw their pending Motion for Default Judgment [Dkt. 12]. Additionally, Plaintiff Funds request an additional thirty (30) days to allow time to finalize the settlement.

Respectfully submitted,

O'BRIEN, BELLAND & BUSHINSKY, LLC

W. Daniel Feehan, Esquire

WDF/djh

**SO ORDERED.**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 6/30/2021**