**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
        W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND;<br><br>*Plaintiffs,*<br>v.<br><br>GMJC CONSTRUCTION CORP.<br><br>*Defendant.* | Case No: 2:20-cv-07083-KM-ESK<br><br>Civil Action<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby voluntary dismiss the instant action against GMJC Construction Corp. without prejudice.

**SO ORDERED.**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/3/2021**

O'BRIEN, BELLAND & BUSHINSKY, LLC

*Attorneys for Plaintiff*

By: _____
W. Daniel Feehan, Esquire

Dated: July 27, 2021